UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMARA L. MELANSON, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting, Commissioner of Social Security,[1] <br><br> Defendant. | No. CV-11-0338-CI <br><br> ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 20. Attorney Maureen Rosette represents Plaintiff; Special Assistant United States Attorney Benjamin J. Groebner represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 8. After considering the file, and proposed order,

**IT IS ORDERED:**

1. The parties' Motion to Remand, **ECF No. 20,** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit, 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the ALj shall consider and address the opinions of Drs. William Shanks and Angela Haugo.  Also, the ALJ shall reassess the entire medical record, provide explicit findings and rationale regarding the claimant's Paragraph B criteria and residual functional capacity, and re-evaluate the claimant's credibility and claimant's ability to work at steps four and five of the sequential evaluation process.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 14,** is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED February 15, 2013.

                S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2