1

2

3

4               UNITED STATES DISTRICT COURT

5              EASTERN DISTRICT OF WASHINGTON

6   TAMARA L. MELANSON,                    )
                                           )
7          Plaintiff,                      )
                                           )   NO.  CV-11-338-CI
8          v.                              )
                                           )   **JUDGMENT IN A**
9   MICHAEL J. ASTRUE,                     )    **CIVIL CASE**
    Commissioner of Social Security,       )
10                                         )
           Defendant.                      )
11  _____)

12

     **STIPULATION BY THE PARTIES**:

13
     The parties have stipulated to the remand of the captioned matter pursuant to sentence four

14
    of 42 U.S.C. § 405(g).

15
     **IT IS ORDERED AND ADJUDGED** that**:**

16
     The matter is **REVERSED and REMANDED** for additional proceedings pursuant to

17
    sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

18
     DATED:  February 15, 2013

19
                                      SEAN McAVOY
20                                    District Court Executive/Clerk

21                                    s/ L. Stejskal
                                      Deputy Clerk
22

23

24

25

26

27

28